CHAMBERLIN ET AL. *v.* DADE COUNTY BOARD OF PUBLIC INSTRUCTION ET AL.

No. 520. Decided June 17, 1963.

*Leo Pfeffer* and *Howard W. Dixon* for appellants.

*George C. Bolles* for appellees.

PER CURIAM.

The judgment is vacated and the case is remanded to the Supreme Court of Florida for further consideration in light of *Murray* v. *Curlett* and *School District of Abington Township* v. *Schempp, ante,* p. 203, both decided this day.

JAMIESON *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE.

No. 1016. Decided June 17, 1963.

*Charles W. Jamieson,* appellant, *pro se.*

*Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for appellee.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.